Deborah Novak et al v. Warner Bros Pictures LLC et al                                                                                           Doc.

SEND ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
JUN 28 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH NOVAK, et al., <br><br> PLAINTIFF(S) <br><br> v. <br><br> WARNER BROS. PICTURES, et al., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 07-4000 AHM (PLAx) <br><br> ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.2 OF GENERAL ORDER 224 |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

Ownership of stock in named defendant, Warner Bros.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.2 of General Order 224.

This self-recusal has been Ordered:
☑ within 120 days of the Court being assigned said case.
☐ after 120 days of the Court being assigned said case.

June 28, 2007
Date

_____
United States District Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge  GARY A. FEESS . On all documents subsequently filed in this case, please substitute the initials  GAF  after the case number in place of the initials of the prior Judge so that the case number will read: CV 07-4000-GAF (PLAx)

This is very important because documents are routed to the assigned Judge by means of the initials.

The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☑ Western   ☐ Southern   ☐ Eastern Division.

**Subsequent documents must be filed at the  ☑ Western   ☐ Southern   ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.**

CV-52 (07/05)     ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.2 OF GENERAL ORDER 224

ENTERED ON CM  JUN 28 2007

Dockets.Justia.com