CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL, SBN 106790
Email: caldwell@caldwell-leslie.com
ANDREW ESBENSHADE, SBN 202301
Email: esbenshade@caldwell-leslie.com
ALISON MACKENZIE, SBN 242280
Email: mackenzie@caldwell-leslie.com
1000 Wilshire Blvd., Suite 600
Los Angeles, California 90017-2463
Telephone (213) 629-9040
Facsimile (213) 629-9022

Attorneys for Defendants WARNER BROS. PICTURES INC. (erroneously sued as WARNER BROS. PICTURES, LLC); THUNDER ROAD FILM PRODUCTIONS, INC.; LEGENDARY PICTURES FILMS, LLC; WONDERLAND SOUND AND VISION, INC.; CORY HELMS; JAMIE LINDEN; MARY VIOLA; BASIL IWANYK; and JOSEPH McGINTY NICHOL

MANNING & MARDER, KASS, ELLROD, RAMIREZ, LLP
JOHN A. MARDER, SBN 122305
Email: jam@mmker.com
MICHELE L. LEVINSON, SBN 234157
Email: mll@mmker.com
15th Floor at 801 Tower
801 S. Figueroa Street, 15th Floor
Los Angeles, California 90017
Telephone: (213) 624-6900
Fascimile: (213) 624-6999

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH NOVAK, an individual, JOHN WITEK, an individual and WITEK & NOVAK, INC., <br><br> Plaintiffs, <br> v. <br><br> WARNER BROS. PICTURES, LLC, THUNDER ROAD FILM PRODUCTIONS, INC., LEGENDARY PICTURES FILMS, LLC, WONDERLAND SOUND AND VISION, INC., CORY HELMS, JAMIE LINDEN, MARY VIOLA, BASIL IWANYK, McG aka JOSEPH MCGINTY NICHOL, and DOES 1 through 10, <br> Defendants. | CASE NO. CV 07-4000-GAF (PLAx) <br><br> The Honorable Gary A. Feess <br><br><br> [~~PROPOSED~~] PROTECTIVE ORDER |

1  The Court, having read the Stipulation for Protective Order submitted herewith,
2  and for the reasons stated therein, hereby approves and enters the parties'
3  Stipulation.

5  IT IS SO ORDERED.

7  DATED: 2/15 , 2008         By _____
                                ~~GARY ALLEN FEES~~
                                ~~United States District Judge~~
                                PAUL L. ABRAMS
                                **U.S. MAGISTRATE JUDGE**

CALDWELL
LESLIE &
PROCTOR

-1-

Proposed Protective Order