CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL, SBN 106790
Email: caldwell@caldwell-leslie.com
ANDREW ESBENSHADE, SBN 202301
Email: esbenshade@caldwell-leslie.com
ALISON MACKENZIE, SBN 242280
Email: mackenzie@caldwell-leslie.com
1000 Wilshire Blvd., Suite 600
Los Angeles, California 90017-2463
Telephone (213) 629-9040
Facsimile (213) 629-9022

Attorneys for Defendants WARNER BROS. PICTURES INC. (erroneously sued as WARNER BROS. PICTURES, LLC); THUNDER ROAD FILM PRODUCTIONS, INC.; LEGENDARY PICTURES FILMS, LLC; WONDERLAND SOUND AND VISION, INC.; CORY HELMS; JAMIE LINDEN; MARY VIOLA; BASIL IWANYK; and JOSEPH McGINTY NICHOL

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH NOVAK, an individual, JOHN WITEK, an individual and WITEK & NOVAK, INC., <br><br> Plaintiffs, <br> v. <br><br> WARNER BROS. PICTURES, LLC, a Delaware Limited Liability Corporation, THUNDER ROAD FILM PRODUCTIONS, INC., a California Corporation, LEGENDARY PICTURES FILMS, LLC, a Delaware Limited Liability Corporation, WONDERLAND SOUND AND VISION, INC., a California Corporation, CORY HELMS, an individual, JAMIE LINDEN, an individual, MARY VIOLA, an individual, BASIL IWANYK, an individual, McG aka JOSEPH MCGINTY NICHOL, an individual, and DOES 1 through 10, <br><br> Defendants. | CASE NO. CV 07-4000-GAF (PLAx) <br><br> The Honorable Gary A. Feess <br><br> **JUDGMENT IN FAVOR OF DEFENDANTS** |

The Court, having granted summary judgment in favor of defendants Warner Bros. Pictures Inc. (erroneously sued as Warner Bros. Pictures, LLC), Thunder Road Film Productions, Inc., Legendary Pictures Films, LLC, Wonderland Sound and Vision, Inc., Cory Helms, Jamie Linden, Mary Viola, Basil Iwanyk, and Joseph McGinty Nichol ("Defendants") and against plaintiffs Deborah Novak, John Witek and Witek & Novak, Inc. ("Plaintiffs"), on the First Amended Complaint,

IT IS HEREBY ORDERED AND ADJUDGED THAT judgment is entered in favor of Defendants and against Plaintiffs.

DATED: October 24, 2008

_____
Honorable Gary A. Feess
United States District Judge

CALDWELL
LESLIE &
PROCTOR

-1-